IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KELLY SEED COMPANY, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:19-cv-489-RAH-SRW |
| | ) |
| NATIONAL TRUST INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On April 21, 2020, counsel informed the Court that a settlement has been reached in this matter. (Doc. 32.) Accordingly, this action is DISMISSED WITH PREJUDICE. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid.

DONE and ORDERED on April 21, 2020.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE